JULIA L. LEVINSON, Respondent, *v.* LOUIS ROSOVSKY et al., Defendants, and LOUIS MEADVIN et al., Appellants.

Submitted March 18, 1942; decided April 23, 1942.

*Irving H. Lessen* for appellants.

*Isaac M. Levinson, A. S. Cohen* and *S. S. Cohen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.